**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| Richard Ryan, Derivatively on Behalf of HERTZ GLOBAL HOLDINGS, INC., Plaintiff, v. STEPHEN M. SCHERR, ALEXANDRA BROOKS, COLIN FARMER, JENNIFER FEIKIN, MARK FIELDS, VINCENT J. INTRIERI, MICHAEL GREGORY O'HARA, ANDREW SHANNAHAN, THOMAS WAGNER, EVAGELINE VOUGESSIS, FRAN BERMANZOHN, and JEFFREY NEDELMAN, Defendants, and HERTZ GLOBAL HOLDINGS, INC., Nominal Defendant. | Case No.: 2:26-cv-00588-KCD-DNF |

**<u>NOTICE OF WITHDRAWL OF MOTION TO CONSOLIDATE THE RYAN ACTION WITH *ROY v. SCHEER, et al.*, 2:24-cv-00744-KCD-DNF</u>**

Plaintiff, Richard Ryan, by and through undersigned counsel hereby gives notice of withdrawal of his Motion to Consolidate This Action with *Roy v. Scheer, et al.*, No. 2:24-cv-00744-KCD-DNF at Docket Entry 20 filed on September 8, 2026.

The Motion is no longer presented for decision and the withdrawal of the Motion is without prejudice.

Dated: September 9, 2026

Respectfully submitted,

/s/ *Amelia Ravelo, Esq.*
Amelia M. Ravelo, Esq.
**Ravelo Law Firm, PLLC**
1221 Brickell Avenue, Suite 900
Miami, Florida 33131
Phone: (305) 488-4357
Email: amelia@ravelolawfirm.com

SQUITIERI & FEARON, LLP
Lee Squitieri (pro hac vice)
205 Hudson Street,7th Floor
New York, New York 10013
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
lee@sfclasslaw.com

MOORE LAW, PLLC
Fletcher Moore (pro hac vice)
30 Wall Street, 8th Floor
New York, New York 10005
(212) 709-8245
fletcher@fmoorelaw.com

*Counsel for Plaintiff*