**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| RICHARD RYAN, derivatively on behalf of HERTZ GLOBAL HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN M. SCHERR, ALEXANDRA BROOKS, COLIN FARMER, JENNIFER FEIKIN, MARK FIELDS, VINCENT J. INTRIERI, MICHAEL GREGORY O'HARA, ANDREW SHANNAHAN, THOMAS WAGNER, EVANGELINE VOUGESSIS, FRAN BERMANZOHN, and JEFFREY NEDELMAN,<br><br>Defendants,<br><br>and<br><br>HERTZ GLOBAL HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 2:26-cv-00588-KCD-KRH |

**JOINT NOTICE OF RESOLUTION PURSUANT TO LOCAL RULE 3.09(a)**

Plaintiff Richard Ryan ("Plaintiff"), Nominal Defendant Hertz Global Holdings, Inc. ("Hertz" or the "Company"), and Defendants Stephen M. Scherr, Alexandra Brooks, Colin Farmer, Jennifer Feikin, Mark Fields, Vincent J. Intrieri, Michael Gregory O'Hara, Andrew Shannahan, Thomas Wagner, Evangeline Vougessis, Fran Bermanzohn, and Jeffrey Nedelman (the "Individual Defendants," and, collectively with Hertz, "Defendants," and, with Plaintiff, the "Parties"), pursuant to Local Rule 3.09(a), hereby jointly inform the Court that, following

mediation with Jed Melnick, all Parties have entered into a binding Memorandum of Understanding setting forth the essential terms of a settlement to resolve this action. Pursuant to the Memorandum of Understanding, the Parties have agreed to cease all litigation activities, except those related to the negotiation of the definitive settlement agreement and any activity necessary or related to preparation for seeking preliminary approval of the settlement from the Court, as required by Rule 23.1(c). The Memorandum of Understanding provides that approval of the settlement will be sought in the related consolidated derivative action, *Roy v. Scherr, et al.*, Case No. 2:24-cv-00744-KCD-DNF (M.D. Fla.), and that this action will be dismissed with prejudice or consolidated with *Roy*.

Dated: October 8, 2026

Respectfully submitted,

**RAVELO LAW FIRM, PLLC**

*/s/ Amelia M. Ravelo*

Amelia M. Ravelo, Esq.
1221 Brickell Avenue, Suite 900
Miami, FL 33131
Telephone: (305) 488-4357
amelia@ravelolawfirm.com

**SQUITIERI & FEARON, LLP**
Lee Squitieri (admitted *pro hac vice*)
205 Hudson Street, 7th Floor
New York, NY 10013
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
lee@SFclasslaw.com

**MOORE LAW, PLLC**
Fletcher Moore (admitted *pro hac vice*)
30 Wall Street, 8th Floor
New York, NY 10005
Telephone: (212) 709-8245
fletcher@moorelaw.com

*Attorneys for Plaintiff Richard Ryan*

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Traci T. McKee*

Traci T. McKee (FBN 53088)
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Telephone: (239) 286-6900
traci.mckee@faegredrinker.com

*Attorneys for the Individual Defendants and Nominal Defendant Hertz Global Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was filed electronically with the Clerk of the Court via the CM/ECF system and served on all parties of record on October 8, 2026.

*/s/ Traci T. McKee*
Traci T. McKee